ACCEPTED
06-15-00017-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/2/2015 9:08:30 PM
DEBBIE AUTREY
CLERK

## CAUSE NO. 14-0150

| | | |
|---|---|---|
| **BILLY FITTS and FREIDA FITTS,** | § | **IN THE DISTRICT COURT** |
| **Plaintiffs** | § | |
| | § | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS<br>3/3/2015 11:19:00 AM<br>DEBBIE AUTREY<br>Clerk |
| **V.** | § | |
| | § | |
| | § | **HARRISON COUNTY, TEXAS** |
| **MELISSA RICHARDS-SMITH,** | § | |
| **THE LAW FIRM OF GILLAM &** | § | |
| **SMITH, LLP,** | § | |
| **E. TODD TRACY, and** | § | |
| **THE TRACY FIRM, Attorneys at** | § | |
| **Law,** | § | **71st JUDICIAL DISTRICT** |
| **Defendants** | | |

### NOTICE OF APPEAL

TO THE HONORABLE COURT:

Now comes Billy Fitts and Freida Fitts, Plaintiffs, and file this their Notice of Appeal as follows:

This appeal is from two Orders of December 3, 2014 of the 74th Judicial District Court of Harrison County Texas, in cause number 14-0150, styled *Billy Fitts and Freida Fitts, Plaintiffs, v. Melissa Richards-Smith, The Law Firm of Gillam & Smith, LLP, E. Todd Tracy, and The Tracy Firm, Attorneys at Law, Defendants*. The Orders were signed December 3, 2014, and granted the Motions for Summary Judgment of all Defendants thereby rendering the grant of summary judgment final and appealable.

Plaintiffs Billy Fitts and Freida Fitts filed a Motion for New Trial on December 31, 2014, which was denied.

NOTICE OF APPEAL         1

Plaintiffs Billy Fitts and Freida Fitts desire to appeal to the Court of Appeals, Sixth District of Texas at Texarkana, and hereby give notice of appeal.

Respectfully submitted,

_____
CARTER L. HAMPTON
Texas State Bar No. 08872100
HAMPTON & ASSOCIATES, PC
1000 Houston Street, Fourth Floor
Fort Worth, Texas  76102
Telephone:  (817) 877-4202
Facsimile:   (817) 877-4204
clhampton@hamptonlawonline.com

LINDSEY M. RAMES
Texas State Bar No. 24072295
RAMES LAW FIRM, PC
5661 Mariner Drive
Dallas, Texas  75237
Telephone:  (214) 884-8860
Facsimile:   (888) 482-8894
lindsey@rameslawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record via electronic service this 2nd day of March, 2015.

Mr. Shawn Phelan
Thompson Coe
700 North Pearl Street, Suite 2500
Dallas, Texas 75201
*Attorney for Defendants Melissa Richards-Smith and Gillam & Smith*

Mr. Bruce Campbell
Campbell & Chadwick
4201 Spring Valley Road, Suite 1250
Dallas, Texas 75244
*Attorney for Defendants E. Todd Tracy and The Tracy Firm*

LINDSEY M. RAMES